# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TIMOTHY COMANS

VERSUS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
TIMBERLINE TRADING OF
MISSOURI, LLC AND MICHAEL
GLOBE

NO.  2019 CW 0510

**JUL 2 2 2019**

---

In Re:    Michael Globe, State Farm Mutual Automobile Insurance
Company,  Timberline  Trading  of  Missouri,  LLC,
Timberline Trading, Inc., Timberline Trading of Texas,
LLC and Dotson Logging of Missouri, LLC, applying for
supervisory  writs,  19th  Judicial  District  Court,
Parish of East Baton Rouge, No. 653413.

---

**BEFORE:    McCLENDON, HIGGINBOTHAM, AND LANIER, JJ.**

**WRIT  DISMISSED.**   This  writ  application  is  dismissed
pursuant  to  relators' correspondence  filed  on  June  7,  2019
advising  that  the  parties  have  reached  an  agreement  regarding
the  subject  matter  of  this  application  which  renders  the
application  moot  and  requesting  that  this  writ  application  be
withdrawn.

**PMc**
**TMH**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT